## MANNING v. DRAKE AND OTHERS.

Demurrer to bill in chancery.

MILES, J., delivered the opinion of the court, of which the following is an abstract:

Where the discovery sought by a bill can only be assistant to the relief prayed, a ground of demurrer to the relief will also extend to the discovery; but if the discovery have a further purpose, the complainant may be entitled to it, though he has no title to the relief.

Facts essential to the complainant's title to maintain his bill and obtain the relief, must be alleged positively, and cannot be inferred from other facts stated.

Accordingly, where a bill filed by a judgment creditor to reach land alleged to have been fraudulently conveyed to C by his debtor, set forth the conveyance, and alleged that the debtor afterwards continued in possession the same as before, and as he from time to time sold parcels of the land, deeds were executed by C to the purchasers, or to the debtor and then by him to the purchaser, but contained no direct averment that at the time of the alleged fraudulent conveyance the debtor had or pretended to have any interest in the lands, *It was held* bad on general demurrer.

An averment that A and B were appointed and acted as administrators, without alleging that they accepted the trust, is a sufficient allegation that they were administrators.

A bill filed by a creditor against the administrators of his deceased debtor, and others, to set aside a fraudulent conveyance of land made by the deceased in his life-time, so that the land might be available for the payment of his debts, is not within R. S. p. 288, sec. 10, prohibiting the commencement of suits against administrators within one year after their appointment, &c., the land not being assets in the hands of the administrators.

Where a debtor makes a voluntary conveyance of property in fraud of his creditors, to one who afterwards becomes bankrupt, the creditors of the grantor will be entitled to the property for the payment of their demands as against the assignee of the bankrupt.